IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |
|---|---|
| IN RE: K12 SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1:20-cv-01419<br>Hon. Liam O'Grady |

### ORDER

On September 16, 2021, this Court issued an Order that dismissed Plaintiffs' Amended Complaint without prejudice. Dkt. 39. In that Order, the Court indicated that Plaintiffs may replead and file a Second Amended Complaint, provided that the Complaint complied with Federal Rule of Civil Procedure 11(b) and was not futile. *Id.* at 6. Plaintiffs had until October 28, 2021 to file the Second Amended Complaint. Dkt. 40 at 2.

On October 28, 2021, Plaintiffs submitted a letter to the Court indicating that they do not intend to file a Second Amended Complaint. Dkt. 42. Accordingly, this action is hereby **DISMISSED WITH PREJUDICE**. The matter is terminated.

It is **SO ORDERED**.

November __, 2021
Alexandria, Virginia

Liam O'Grady
United States District Judge