UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| IN RE K12 INC. SECURITIES LITIGATION | No. 1:20-cv-01419-LO-TCB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | CLASS ACTION |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO DIRECT ENTRY OF FINAL JUDGMENT IN FAVOR OF DEFENDANTS**

This matter is before the Court on the Unopposed Motion To Direct Entry of Final Judgment In Favor Of Defendants (the "Motion") filed by Defendants Stride, Inc. (formerly K12 Inc.), Nathaniel A. Davis, and Timothy Medina (collectively, "Defendants") on November 18, 2021. For good cause shown, the Motion is GRANTED and the Clerk is hereby directed to enter judgment in favor of Defendants pursuant to Federal Rule of Civil Procedure 58.

IT IS SO ORDERED THIS 17th DAY OF November, 2021.

_____
HONORABLE LIAM O'GRADY
UNITED STATES DISTRICT JUDGE